UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| RAYMOND PADILLA, | |
| Plaintiff, | 3:08-cv-00410-LRH (RAM) |
| v. | O R D E R |
| E. K. McDANIEL, et al., | |
| Defendants. | |

The Court has considered the Report and Recommendation of United States Magistrate Judge Robert A. McQuaid, Jr. (#19[1]) entered on October 21, 2009, in which the Magistrate Judge recommends that Defendants' Motion to Dismiss (#13) be granted without prejudice and with leave to amend and Plaintiff's Motion Requesting Preliminary Injunction, and Restraining Order (#12[2]) be denied as moot. No objections were filed. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

---

[1] Refers to court's docket number.

[2] Report and Recommendation mistakenly refers to Plaintiff's "Motion Requesting Preliminary Injunction, and Restraining Order" as Doc. #6.

1       ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (#19); therefore, Defendants' Motion to Dismiss (#13) is granted without prejudice and with leave to amend and Plaintiff's Motion Requesting Preliminary Injunction, and Restraining Order (#12) is denied as moot.

      IT IS SO ORDERED.

      DATED this 19th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE