# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| RAYMOND PADILLA, | ) | 3:08-cv-0410-LRH (RAM) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 18, 2011 |
| | ) | |
| E.K. McDANIEL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion to Allow Discovery (Doc. #43) and Defendants have opposed the Motion (Doc. #44).  The court does not require a reply.

In this district discovery in inmate litigation does not commence until the court has issued a Scheduling Order allowing discovery to commence.  No such Scheduling Order has been issued in this case.

Plaintiff's Motion to Allow Discovery (Doc. #43) is **DENIED**.

LANCE S. WILSON, CLERK

By:   /s/
          Deputy Clerk