UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| RAYMOND PADILLA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF NEVADA, *et al.*; ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 3:08-cv-00410-LRH-WGC <br><br> O R D E R |

   Before this Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (#61) entered on September 30, 2011, in which the Magistrate Judge denied Plaintiff's Motions for Permanent Restraining Order and Preliminary Injunction (docs 48 & 49). Plaintiff filed an objection to the Order (#66) on October 24, 2011. Defendants have not filed a response to the objection. This matter was referred to the U.S. Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

   The Court has conducted its *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#61) entered on September 30, 2011, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#61) entered on September 30, 2011, is adopted and accepted, and Plaintiff's Motions for Permanent Restraining Order and Preliminary Injunction (docs 48 & 49) are DENIED.

IT IS SO ORDERED.

DATED this 17th day of November, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2