1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                                 DISTRICT OF NEVADA
8                                      * * * * *
9   RAYMOND PADILLA,                          )
                                              )
10              Plaintiff,                    )      3:08-cv-00410-LRH-WGC
                                              )
11   v.                                       )
                                              )      O R D E R
12   STATE OF NEVADA, *et al.*,               )
                                              )
13              Defendants.                   )
    _____   )
14

15       Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G.
16  Cobb (#99[1]) entered on September 18, 2012, recommending granting Defendants' Motion for
17  Summary Judgment (#59), filed on June 4, 2012, and denying Plaintiff's Cross-Motion for Summary
18  Judgment (#71) filed on June 4, 2012. No objection to the Report and Recommendation has been filed.
19  The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)B and Local Rule
20  1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.
21       The Court has conducted its *de novo* review in this case, has fully considered the pleadings and
22  memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B)
23  and Local Rule IB 3-2.  The Court determines that the Magistrate Judge's Report and Recommendation
24  (#99) entered on September 18, 2012, should be adopted and accepted.
25  _____
26       [1]Refers to court's docket number.

1  IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#99) entered on September 18, 2012, is adopted and accepted, and Defendants' Motion for Summary Judgment (#59) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Cross-Motion for Summary Judgment (#71) is DENIED as moot.

IT IS SO ORDERED.

DATED this 28th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE